No. 92–5860.   GAY *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 92–5861.   MEIER *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 92–5863.   OKORO *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 92–5875.   JONES *v.* MCCAUGHTRY, WARDEN.   C. A. 7th Cir.   Certiorari denied.